IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ULYSSES T. WARE | § | |
| VS. | § | CIVIL ACTION NO. 1:18cv69 |
| M.K. LEWIS | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ulysses T. Ware, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

The dismissal of this lawsuit is based on plaintiff's failure to provide the court with a current address. If plaintiff wishes to have this lawsuit reinstated, he may do so by providing a current address within 60 days of the date set forth below.

**SIGNED** this the 6 day of **June, 2019.**

_____
Thad Heartfield
United States District Judge